Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 97 C 2989 | **DATE** | 11/28/2000 |
| **CASE TITLE** | College Inn Partners vs. Deby, Inc., et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by agreement/pursuant to]
☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Order. Both parties are ordered to submit their respective materials in support of an in opposition to the motion, in full compliance with Fed. R. Civ. P. 56 and this District Court's LR 56.1, by delivery to this Court's chambers, on the understanding that no actual filing will take place until this Court has had the opportunity to review all the materials and to apprise the litigants of its proposed order in that respect.

(11) ■ [For further detail see order attached to the original minute order.]

| | | |
|---|---|---|
| | No notices required, advised in open court. | |
| | No notices required. | number of notices |
| ✓ | Notices mailed by judge's staff. | |
| | Notified counsel by telephone. | date docketed |
| | Docketing to mail notices. | |
| | Mail AO 450 form. | docketing deputy initials |
| | Copy to judge/magistrate judge. | 11/28/2000 |
| | | date mailed notice |
| SN | courtroom deputy's initials | |
| | Date/time received in central Clerk's Office | SN mailing deputy initials |

FILED FOR DOCKETING
00 NOV 28 PM 4: 26

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

COLLEGE INN PARTNERS, et al., )
)
        Plaintiffs, )
)
v. ) No. 97 C 2989
)
DEBY, INC., et al., )
)
        Defendants. )

DOCKETED
NOV 29 2000

MEMORANDUM ORDER

In connection with defendants' announcement of their intention to move for summary judgment to enforce a claimed settlement agreement between the parties, the litigants have also parted company as to the propriety of filing that motion and certain of its supporting documents under seal. There are some cogent arguments in support of each side's position, but in the best chicken-and-egg tradition this Court cannot resolve the issue without examining the filings themselves.

Accordingly both parties are ordered to submit their respective materials in support of and in opposition to the motion, in full compliance with Fed. R. Civ. P. 56 and this District Court's LR 56.1, by delivery to this Court's chambers, on the understanding that no actual filing will take place (and hence no decision will be made either as to their placement under seal or as to their treatment as publicly available documents) until this Court has had the opportunity to review all the materials and to apprise the litigants of its proposed order in

that respect. Because this most recent dispute has thrown the preset schedule for the summary judgment motion out of kilter, the parties are ordered forthwith to place a conference call to this Court to re-establish the timetable for their respective submissions.

                                        */s/ Milton I. Shadur*
                                      Milton I. Shadur
                                      Senior United States District Judge

Date: November 28, 2000